| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter **7** | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Digital Partners, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-4823842** | |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **22471 Aspan Street, Suite 290** <br> **Lake Forest, CA 92630** <br> Number, Street, City, State & ZIP Code <br><br> **Orange** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Digital Partners, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Digital Partners, LLC**  Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  **Digital Partners, LLC** _____ Case number (*if known*)_____
     Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Digital Partners, LLC**  Case number (*if known*) _____
     Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 29, 2023**
            MM / DD / YYYY

X /s/ [signature]                                                       Daniel Panhwar
Signature of authorized representative of debtor          Printed name

Title  **Managing Member**

18. Signature of attorney

X **/s/ Thomas J. Polis, Esq.**                              Date  **June 29, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Thomas J. Polis, Esq. 119326**
Printed name

**Polis & Associates, APLC**
Firm name

**19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 862-0040**    Email address  **tom@polis-law.com**

**119326 CA**
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 5

Digital Partners, LLC
22471 Aspan Street, Suite 290
Lake Forest, CA 92630


Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433


Office of the US Trustee, Santa Ana
411 West Fourth St, Ste 7160
Santa Ana, CA 92701-8000


3rd Coast Emporium, LLC
c/o Patrick Ragains
7415 Yorkshire Drive
Hudsonville, MI 49426


Aardmac Group
c/o Aspet Amirkhanian
4520 El Abaca Pl.
Tarzana, CA 91356


Alex Tank's Creative Products
c/o Ashish Tank
11314 Mineral Peak Ct.
Rancho Cucamonga, CA 91737


Amazon Guru, LLC/Jacks Fantastic Pr
c/o Brian Jacks
2110 P Street
Sacramento, CA 95816


Amazonator LLC/Products & Design
c/o Thomas Edwards
330 Silver Saddle Rd.
Monument, CO 80132

```
AMGM Home Products
c/o Carlos Anchante
3249 Arroyo Dr.
Fairfield, CA 94533


Beautiful Store, LLC
c/o James Ludwig
4159 Hearthside Drive, Apt. 103
Wilmington, NC 28412


BFEWS Enterprises, LLC
c/o Greg Schonick
932 Inverness Ave.
Glendora, CA 91740


Cutler Family Store
c/o Michael Cutler
15904 Dyer Ln.
San Diego, CA 92127


Downs Goods
c/o Brooke Downs
2137 N. Harwood Street
Orange, CA 92865


Fantastic Products For Real
c/o John Pike
5802 Harrington Cv.
Austin, TX 78731


Fantastic Products, LLC
c/o Alex Kislin
9697 Arbor Oaks Lane, #205
Boca Raton, FL 33428


Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952
```

```
Genesis Solutions, LLC
c/o Debra Bell
1245 FM 1241
Purmela, TX 76566


Golden Bell Investments
c/o Ricardo Nino
20147 Baltar St.
Winnetka, CA 91306


Icing, LLC
c/o Mike Pancheco
23330 Mill Creek Dr. #150
Laguna Hills, CA 92653


INGENUITYUS
c/o Nalin Jayatilake
29933 Patriot Drive
Menifee, CA 92584


Internal Revenue Service
c/o Civil Trial West
Tax Division US Dept Justice
Washington, DC 20530


Internal Revenue Service
Cincinnati, OH 45999



Jalin The Tarantula Turner Store
c/o Jalin Turner
25356 Cole Street
Loma Linda, CA 92354


JJ, LLC
c/o Jason Lewallen
4312 West 179th St.
Torrance, CA 90504
```

JLL Ventures
c/o Justin Lo
2101 Forest Ave. #220
San Jose, CA 95128


Justin Gabriel Guerra
Digital Partners, LLC
187 East Warm Springs Rd, #B266
Las Vegas, NV 89119


JWC Araceli USA, LLC
c/o Joe William Canas
3409 Bayou Forest Dr.
Shoreacres, TX 77571


Kalich Awesome Products
c/o Ryan Kalich
1112 Westchester Street
Olympia, WA 98502


Kann Inspired
c/o Araceli Jugo
7956 Springer St.
Downey, CA 90242


Made With Love For You
c/o Yvette Naranjo
480 North East 30th St., Ste. 480
Miami, FL 33137


MSGreenleaf, LLC
c/o Michael Greenleaf
106 Browning St.
Midway Park, NC 28544


My Amazon Store
c/o Dave Macfarlane
21626 Bella Terrace Blvd.
Estero, FL 33928

Mya Paloma
c/o Paloma Palomo
14750 East 43rd Avenue
Denver, CO 80239


Oakridge Markets
c/o Armando Rafael Ramirez
 Juan Talavera
4703 N. Duxwood Ave.
Covina, CA 91722


PAC, LLC
c/o William Miller
2201 Ingleside Dr.
Grand Prairie, TX 75050


Palacio Enterprises
c/o Luis Palacio
8825 North 160th Street
Bennington, NE 68007


Pinnacle Sales, LLC
c/o John Lopes
72 Linwood Street
Medford, MA 02155


Products Plus Advantage
c/o Corey Early
11510 215th St.  Unit 3
Lakewood, CA 90715


Pure-Life Products
c/o Palki Mawar
303 N. Blady Vista Ave.
Glendora, CA 91741


PUWACEW
c/o Tatiana Ndeke
17734 Perlite Way
Hagerstown, MD 21740

```
R&E Stores, LLC
c/o Ron Emery
11105 Main Street NE, Suite 29
Donald, OR 97020


Real E Global
c/o Michael Ernest
1422 Montgomery Lane
Southlake, TX 76092


RM3 Holdings, LLC
c/o Ramon Mendoza
19051 Goldenwest St.  Ste 106-246
Huntington Beach, CA 92648


Rockin-JD,  LLC
c/o David Jensen
3415 N. 850 E. North
Ogden, UT 84414


SA SCM Ecosystems, LLC
c/o Srinivas Adibhatla
11289 Glen Abbey Drive
North Royalton, OH 44133


Savings Dogs & Cats, LLC
c/o Beverly Gun-Munro
1014 S. Westlake Blvd., Suite 14
Westlake Village, CA 91361


Scott Dyer Enterprises
c/o Scott Dyer
62748 Larkview Rd.
Bend, OR 97701


Shop Around, LLC
c/o Martina Williams
11984 Olmstead Dr.
Fayetteville, GA 30215
```

```
T-Mart Homegoods
c/o Roderick Scott
1913 Sussex Dr.
Carrollton, TX 75007


Tezala, LLC
c/o Bernard Schvartz
1908 SW 182nd Ave.
Miramar, FL 33029


Things Can Only Get Better
This Time
c/o Marco Adrian Donato
19901 S. Wolf Rd.
Mokena, IL 60448


Thomas Hoehn, LLC
c/o Thomas Hoehn
3901 E. Livingston Dr., #305
Long Beach, CA 90803


TLC Retail
c/o Fernando Monestario
5000 North Ocean Blvd.
Fort Lauderdale, FL 33308


TLC Retail
c/o Damian Schoff
109 Green St.
Brockton, PA 17925


To Paradise, LLC
c/o Nikki Sandhu
9305 S. 203rd Pl.
Kent, WA 98031


Top Tier Provider
c/Hector Lopez
8042 Newcastle Ave.
Reseda, CA 91335
```

V&E Store
c/o Vicente Diaz
16208 E. Benbow St.
Covina, CA 91722


Valerie Investments
c/o Valerie Whiteman
1165 Hickory Rd.
Canton, GA 30115


Violet Rose, LLC
c/o Deandra Clark
11627 River Point Way
Tuscaloosa, AL 35405


Yours Mine and  Everyones, LLC
c/o Daniel Morrow
1507 Pleasant Drive
Cherry Hill, NJ 08003


Zimmys Exotics, LLC
c/o Frank Zimmermann
2277 SW 27th Lane
Fort Lauderdale, FL 33312

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Thomas J. Polis, Esq. 119326**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax: (949) 862-0041**<br>California State Bar Number: **119326 CA**<br>**tom@polis-law.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Digital Partners, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **7**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Thomas J. Polis, Esq. 119326**_____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
   b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**June 29, 2023**                                              By:  **/s/ Thomas J. Polis, Esq.**
Date                                                         Signature of Debtor, or attorney for Debtor

                                                                               Name:  **Thomas J. Polis, Esq. 119326**
                                                                                                Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**